IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nidia Chavez, | No. CV-21-00346-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Southwest Kidney Institute PLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Dismiss Counts 3, 4, and 6 with Prejudice. (Doc. 26.) The parties stipulate to the dismissal of Counts 3, 4, and 6 of Plaintiff's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. (*Id.*) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that, pursuant to the parties' Stipulation (Doc. 26), Counts 3, 4, and 6 of Plaintiff's Amended Complaint (Doc. 20) are **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees. This action will proceed on the remaining claims of Plaintiff's Amended Complaint.

Dated this 8th day of August, 2022.

_____
Honorable Rosemary Márquez
United States District Judge